UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA     :         INDICTMENT

         -v.-               :         07 Cr.

DENNIS ELLINGTON,         :

       Defendant.     :     **07CRIM 947**

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about July 4, 2007, in the Southern District of New York and elsewhere, DENNIS ELLINGTON, the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about November 16, 2005, in Bronx County Supreme Court for criminal possession of a loaded firearm in the third degree, in violation of New York Penal Law 265.02(4), unlawfully, willfully, and knowingly did possess in and affecting commerce a firearm, to wit, a loaded .38 caliber Davis Industries Derringer pistol, which had previously been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 1 0 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DENNIS ELLINGTON,

Defendant.

## INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____    Oct 10, 07
Foreperson.

10/10/07 *[handwritten notation]*

*[handwritten signature]*