UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      v.                           :

DENNIS ELLINGTON,                 :

      Defendant.                   :

- - - - - - - - - - - - - - - - x

ORDER

07 Cr. 947 (HB)

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin Nathaniel Fox on January 11, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment 07 Cr. 947 (HB) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

      IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: ~~January __, 2008~~ April 17 2008

_____
The Honorable Harold Baer, Jr.
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08